NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV. DR. GARY FREDRICKSON, ) | CASE NO. CV 08-08080 MMM (FMOx) |
| Plaintiff, ) | |
| vs. ) | |
| ) | JUDGMENT FOR FEDERAL DEFENDANTS |
| CITY OF LOS ANGELES UNEFIED SCHOOL DISTRICT COLLEGES BOARD OF EDUCATION CITY HILL GOVERNMENT COUNSEL ELEDER CHURCH-IN-HIS-AND-HER-OFFICIAL CAPACITY DOES-1-THROUGH-2001-INCLUSIVE, ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

On November 17, 2008, plaintiff Rev. Dr. Gary Fredrickson filed a complaint in Los Angeles Superior Court. On December 8, 2008, the United States filed a notice of removal, invoking 28 U.S.C. § 1442(a). The United States asserted that Fredrickson served the United States Attorney's Office, suggesting an intent to serve a federal defendant. The United States noted, however, that it was unable to ascertain the identity of the federal defendant Fredrickson sought to sue. On December 16, 2008, the United States filed a motion to dismiss the federal defendants for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. Having reviewed the briefs submitted by the parties, the court granted the United States' motion to dismiss on February 5, 2009. The court afforded Fredrickson

1 twenty days leave to amend. Fredrickson did not file an amended complaint within twenty days.
2 Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Rev. Dr. Gary Fredrickson take nothing by way of his complaint against any federal defendant; and

2. That the action be, and it hereby is, dismissed as to all federal defendants.

DATED: March 3, 2009

                                              MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE